**Opinion issued December 5, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-17-00779-CR**

**NO. 01-17-00780-CR**

**NO. 01-17-00781-CR**

**NO. 01-17-00782-CR**

**NO. 01-17-00783-CR**

_____

**IN RE JEROME OSBORNE FOLKES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Jerome Osborne Folkes, has filed a pro se petition for writ of mandamus requesting that this Court (1) compel the trial court to supplement the

appellate record and (2) vacate the trial court's judgment.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *State of Texas v. Jerome Osborne Folkes*, cause numbers 1501214, 1501076, 1501077, 1501078, and 1501079, in the 209th District Court of Harris County, Texas, the Honorable Michael McSpadden presiding.